ELECTRONICALLY FILED
EPSTEIN & GILBERTI, LLC
21 East Front Street, Suite 210
Red Bank, New Jersey 07701
(732) 212-0400
**Gilberti@eg-law.com**
Attorneys for Defendant Harold Lee Mogul

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Criminal No. 00-149-01 |
| v. | Hon. Peter G. Sheridan |
| **HAROLD LEE MOGUL,** | **ORDER** |
| Defendant. | |

This matter having been brought before the Court on behalf of defendant Harold Lee Mogul, by his attorneys Epstein & Gilberti, LLC, on a motion for early termination of his probation under 18 U.S.C. § 3564(a) and (c); and the United States being represented by United States Attorney Christopher J. Christie; and the Court having reviewed the motion, any responses and all relevant papers and the positions of the parties; and the Court finding that he has been subject to supervision, without incident, since 1997 and since his sentencing on May 8, 2007, the stability of his home life demonstrates his full rehabilitation, further supervision is unnecessary in his case and would just impose unnecessary cost to the government and the interest of justice justifies

the termination of his probation at this time; and good cause being shown,

IT IS on this 22 day of July, 2008,

ORDERED that defendant Harold Lee Mogul's motion is hereby ~~granted, his~~ denied but U.S. Probation ~~is terminated effective on the date of this Order and he is discharged from further supervision as of that date.~~ may adjust the frequency of reporting and manner of reporting as it deems reasonable

_____
HON. PETER G. SHERIDAN, U.S.D.J.